# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ALEXY REGUENA,**

      Plaintiff,

v.                              Case No: 6:20-cv-1670-EJK

**DOUG CONNOR, INC. and DANA M CONNOR,**

      Defendants.

## ORDER

This cause comes before the Court on the parties' Amended Joint Motion for Approval of Settlement (the "Motion"), filed August 12, 2022. (Doc. 78.) The Court previously denied without prejudice the parties' initial joint motion for approval of settlement (Doc. 75), explaining that to award less than the full amount of liquidated damages, the Court must first "explicitly find that the employer acted in good faith." (Doc. 77) (quoting *Reyes v. Aqua Life Corp.*, 632 F. App'x 552, 556 (11th Cir. 2015)). The Court has not done so here, nor have the parties stipulated that Defendants acted in good faith or otherwise presented case law indicating the Court need not make such a finding in order to approve the settlement.

As such, the parties' Amended Joint Motion for Approval of Settlement (Doc. 78) is **DENIED WITHOUT PREJUDICE**. At this juncture, the parties have the following options: (i) agree that Defendants will pay the full amount of liquidated damages and file a renewed motion for settlement approval; (ii) stipulate that

Defendants acted in good faith and file a renewed motion for settlement approval; or (iii) proceed to trial on September 19, 2022, to allow a jury to decide the issue of damages. The parties have through August 22, 2022, to file a renewed motion; otherwise, the Court will set the case for trial.

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2022.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE